LOUIS LENT, Respondent, *v.* JOHN C. EIDT, Individually, Appellant, Impleaded with Others.

Submitted April 16, 1942; decided April 30, 1942.

*Christian H. Eidt* and *Philip Burack* for appellant.

*Louis Engelberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.